# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) STRIKE, LLC,<br><br>       Plaintiff,<br><br>v.<br><br>(1) SANDY CREEK FARMS, INC.,<br>(2) STEVE BARRINGTON,<br>(3) JOHN DOE #1,<br>(4) JOHN DOE #2,<br>(5) JOHN DOE #3, and<br>(6) JOHN DOE #4,<br><br>       Defendants. | Case No. CIV-20-571-PRW |

## SUMMONS IN A CIVIL ACTION

TO:   Sandy Creek Farms, Inc.
        2311 County Road 1495
        Bradley, OK 73011

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Evan G.E. Vincent
      Harry "Skeeter" Jordan
      Braniff Building
      324 North Robinson, Suite 100
      Oklahoma City, OK  73102

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:
4:07 pm, Jun 17, 2020
CARMELITA REEDER SHINN, Clerk

By: _____
      Deputy Clerk

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed.R.Civ.P. 4(1))*

This summons for (*name of individual and title, if any*) _____ was received by me on (*date*) _____.

[ ] I personally served the summons on the individual at (*place*) _____ _____ on (*date*) _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other (*specify*):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) STRIKE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>(1) SANDY CREEK FARMS, INC.,<br>(2) STEVE BARRINGTON,<br>(3) JOHN DOE #1,<br>(4) JOHN DOE #2,<br>(5) JOHN DOE #3, and<br>(6) JOHN DOE #4,<br><br>        Defendants. | Case No. CIV-20-571-PRW |

## SUMMONS IN A CIVIL ACTION

TO:    Steve Barrington
          2311 County Road 1495
          Bradley, OK 73011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Evan G.E. Vincent
    Harry "Skeeter" Jordan
    Braniff Building
    324 North Robinson, Suite 100
    Oklahoma City, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:
4:08 pm, Jun 17, 2020
CARMELITA REEDER SHINN, Clerk

By: _____
      Deputy Clerk

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed.R.Civ.P. 4(1))*

This summons for (*name of individual and title, if any*) _____ was received by me on (*date*) _____.

[ ]  I personally served the summons on the individual at (*place*) _____ _____ on (*date*) _____; or

[ ]  I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

[ ]  I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) _____; or

[ ]  I returned the summons unexecuted because _____; or

[ ]  Other (*specify*):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: