# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) STRIKE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| (1) SANDY CREEK FARMS, INC., <br> (2) STEVE BARRINGTON, <br> (3) JOHN DOE #1, <br> (4) JOHN DOE #2, <br> (5) JOHN DOE #3, and <br> (6) JOHN DOE #4, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

Case No. CIV-20-571-PRW

## SUMMONS IN A CIVIL ACTION

TO: Sandy Creek Farms, Inc.
2311 County Road 1495
Bradley, OK 73011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Evan G.E. Vincent
Harry "Skeeter" Jordan
Braniff Building
324 North Robinson, Suite 100
Oklahoma City, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:
4:07 pm, Jun 17, 2020
CARMELITA REEDER SHINN, Clerk

By: _____
Deputy Clerk

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed.R.Civ.P. 4(l))*

This summons for (*name of individual and title, if any*) _____ was received by me on (*date*) _____.

[ ] I personally served the summons on the individual at (*place*) _____ _____ on (*date*) _____; or

[ ] I left the summons at the individual's residence or usual place of abode with (*name*) _____, a person of suitable age and discretion who resides there, on (*date*) _____, and mailed a copy to the individual's last known address; or

[ ] I served the summons on (*name of individual*) _____, who is designated by law to accept service of process on behalf of (*name of organization*) _____ on (*date*) _____; or

[ ] I returned the summons unexecuted because _____; or

[ ] Other (*specify*):

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's Signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

| Case:<br>CIV-20-571-PRW | Court:<br>UNITED STATES DISTRICT COURT | County:<br>WESTERN DISTRICT OF OKLAHOMA | Job:<br>4616823 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>STRIKE, LLC. | | Defendant / Respondent:<br>SANDY CREEK FARMS, INC., STEVE BARRINGTON, ET AL | |
| Received by:<br>WEST WAY LLC | | For:<br>CROWE & DUNLEVY, P.C. | |
| To be served upon:<br>SANDY CREEK FARMS, INC. | | | |

I, James Pierce PSS2019-2, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** STEVE BARRINGTON, REGISTERED AGENT, 3736 COUNTY RD 2694, BRADLEY, OK 73011

**Manner of Service:** Business, Jun 23, 2020, 5:29 pm CDT

**Documents:** SUMMONS IN A CIVIL ACTION, COMPLAINT

**Additional Comments:**

_____   6-24-2020
James Pierce PSS2019-2            Date

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Notary Public

6/24/2020
Date        Commission Expires

