# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) | STRIKE, LLC, | ) |
| | | ) |
| | Plaintiff, | ) |
| v. | | ) |
| | | ) |
| (1) | SANDY CREEK FARMS, INC., | ) |
| (2) | STEVE BARRINGTON, | )  Case No.  CIV-20-571-G |
| (3) | JOHN DOE #1, | ) |
| (4) | JOHN DOE #2, | ) |
| (5) | JOHN DOE #3, | ) |
| (6) | JOHN DOE #4, | ) |
| | | ) |
| | Defendants. | ) |

## DECLARATION OF RHONDA SIGMAN

1. My name is Rhonda Sigman. I am a citizen of the United States, over 18 years of age, and qualified in all respects to make this Declaration. I make this Declaration based on my personal knowledge and review of company records.

2. I am employed as the Senior Vice President, General Counsel, and Corporate Secretary of Strike, LLC and have held this position since 2016. Based on my job duties, I am familiar with the corporate structure of Strike, LLC. I have personal knowledge of the matters set forth herein, and if called to testify, would competently testify as follows.

3. Strike, LLC is a limited liability company, whose sole member is Strike Capital, LLC.

4. Strike Capital, LLC is a limited liability company. The members of Strike Capital, LLC are: (i) OEP Strike LLC, and (ii) other non-majority private equity owners of the common units of Strike Capital, LLC whose identities are considered confidential, proprietary information.

EXHIBIT 1

5. OEP Strike LLC is a limited liability company, whose members include two limited partnerships. The limited partnerships are private equity funds and the identities of their limited partners are considered confidential, proprietary information.

6. While the identity of the individual private equity investors is considered confidential and proprietary information, statements obtained from an authorized representative for OEP Strike LLC reflect that the partners of the limited partnerships that are members of OEP Strike LLC are individuals who are domiciled in, and are therefore citizens of, the following states as of June 16, 2020: Alaska; Arizona; California; Colorado; Connecticut; Florida; Georgia; Illinois; Iowa; Kentucky; Maryland; Massachusetts; Michigan; Minnesota; Missouri; New Hampshire; New Jersey; New York; North Carolina; Ohio; South Dakota; Texas; and Virginia.

7. While the identity of the individual investors of Strike Capital, LLC is considered confidential and proprietary information, statements obtained from an authorized representative for Strike Capital, LLC reflect that the other non-majority owners of the common units of Strike Capital, LLC are individuals, trusts, a limited partnership, and limited liability companies. The individual non-majority owners of the common units of Strike Capital, LLC are domiciled in, and are therefore citizens of, the following states as of June 16, 2020: Texas, Colorado, and Michigan. The partners of the limited partnerships that are non-majority owners of the common units of Strike Capital, LLC are individuals who are domiciled in, and trusts with trustees who are domiciled in, and are therefore citizens of, the following state as of June 16, 2020: Texas. The members of the limited liability companies that are non-majority owners of the common units of Strike Capital, LLC are individuals who are domiciled in, and are therefore citizens of, the following states

as of June 16, 2020: Texas and Mississippi. The trusts that are non-majority owners of the common units of Strike Capital, LLC have trustees who are domiciled in, and are therefore citizens of, the following state as of June 16, 2020: Texas.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of October, 2020.

_____
Rhonda M. Sigman