# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STRIKE, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-20-571-G |
| | ) |
| **SANDY CREEK FARMS, INC. et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

Now before the Court is Plaintiff's Request for Entry of Default Against Defendants Sandy Creek Farms, Inc. and Steve Barrington (Doc. No. 8). On August 3, 2020, Defendants filed a timely response in opposition to Plaintiff's motion, and on September 15, 2020, Defendants filed a Motion to Dismiss pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure. *See* Doc. Nos. 11, 20. The Court finds that there is good cause to accept Defendants' Motion to Dismiss out of time. Because Defendants have not "failed to plead or otherwise defend," Fed. R. Civ. P. 55(a), Plaintiff's Motion for Entry of Default (Doc. No. 8) is DENIED.

IT IS SO ORDERED this 29th day of March, 2021.

_____
CHARLES B. GOODWIN
United States District Judge