### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) STRIKE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| (1) SANDY CREEK FARMS, INC., | ) | |
| (2) STEVE BARRINGTON, | ) | Case No. CIV-20-571-G |
| (3) JOHN DOE #1, | ) | |
| (4) JOHN DOE #2, | ) | |
| (5) JOHN DOE #3, | ) | |
| (6) JOHN DOE #4, | ) | |
| | ) | |
| Defendants. | ) | |

### **PLAINTIFF STRIKE, LLC'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule LCvR 7.1.1, Plaintiff Strike, LLC states as follows:

1. Strike, LLC is a limited liability company, whose sole member is Strike HoldCo, LLC.

2. Strike HoldCo, LLC is a limited liability company, whose sole member is Strike Investment, LLC.

3. Strike Investment, LLC is a limited liability company, whose members are Strike Management Incentive Plan, LLC, Strike Capital, LLC, and Mill Point Strike Splitter, L.P.

4. Strike Management Incentive Plan, LLC is a limited liability company, whose members are individuals that are members of management and whose identities are considered confidential, proprietary information.

5. Strike Capital, LLC is a limited liability company, whose members are: (i) OEP Strike LLC, and (ii) other non-majority private equity owners of the common units of Strike Capital, LLC whose identities are considered confidential, proprietary information.

6. OEP Strike LLC is a limited liability company, whose members include two limited partnerships. The limited partnerships are private equity funds and the identities of their limited partners are considered confidential, proprietary information.

7. While the identity of the individual private equity investors is considered confidential and proprietary information, statements obtained from an authorized representative for OEP Strike LLC reflect that OEP Strike LLC is not aware of any partners of the limited partnerships that are members of OEP Strike LLC who are individuals domiciled in, and are therefore citizens of the state of Oklahoma as of August 30, 2021.

8. While the identity of the individual members of Strike Management Incentive Plan, LLC is considered confidential and proprietary information, statements obtained from an authorized representative for Strike Management Incentive Plan, LLC reflect that the owners of the common units of Strike Management Incentive Plan, LLC are individuals domiciled in, and are therefore citizens of, the following states as of August 30, 2021: Connecticut and Texas.

9. While the identity of the individual investors of Strike Capital, LLC is considered confidential and proprietary information, statements obtained from an authorized representative for Strike Capital, LLC reflect that the other non-majority owners of the common units of Strike Capital, LLC are individuals, trusts, a limited partnership, and limited liability companies. The individual non-majority owners of the common units

of Strike Capital, LLC are domiciled in, and are therefore citizens of, the following states as of August 30, 2021: Texas, Colorado, and Michigan. The partners of the limited partnerships that are non-majority owners of the common units of Strike Capital, LLC are individuals who are domiciled in, and trusts with trustees who are domiciled in, and are therefore citizens of, the following state as of August 30, 2021: Texas. The members of the limited liability companies that are non-majority owners of the common units of Strike Capital, LLC are individuals who are domiciled in, and are therefore citizens of, the following states as of August 30, 2021: Texas and Mississippi. The trusts that are non-majority owners of the common units of Strike Capital, LLC have trustees who are domiciled in, and are therefore citizens of, the following state as of August 30, 2021: Texas.

10. Mill Point Strike Splitter L.P. is a limited partnership that is a private equity fund and the identities of its limited partners are considered confidential, proprietary information.

11. While the identity of the individual private equity investors is considered confidential and proprietary information, statements obtained from an authorized representative for Mill Point Strike Splitter L.P. reflect that Mill Point Strike Splitter L.P. is not aware of any partners of the limited partnerships that are members of Mill Point Strike Splitter L.P. who are individuals domiciled in, and are therefore citizens of, the state of Oklahoma as of August 30, 2021.

Dated:  September 2, 2021

                Respectfully submitted,

                s/Harry "Skeeter" Jordan
                Evan G.E. Vincent, OBA #22325
                Harry "Skeeter" Jordan, OBA #32437
                CROWE & DUNLEVY, P.C.
                Braniff Building
                324 North Robinson Avenue, Suite 100
                Oklahoma City, OK 73102-8273
                (405) 235-7700
                evan.vincent@crowedunlevy.com
                skeeter.jordan@crowedunlevy.com

                ATTORNEYS FOR PLAINTIFF STRIKE, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2021, I electronically transmitted the attached document to the Court Clerk using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Elaine M. Dowling
6801 Broadway Extension, Ste. 310
Oklahoma City, OK 73116
405-842-8005
dowlinglawoffice@aol.com

-And-

Carolyn Elefant
Law Offices of Carolyn Elefant, PLLC
1440 G Street, NW, 8th Floor
Washington, D.C. 20005
202-297-6100
carolyn@carolynelefant.com

                s/Harry "Skeeter" Jordan
                Harry "Skeeter" Jordan