# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.                                                              Case Number:

Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1.,which states:
> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____

[name of party]

who is a (check one)  ☐ PLAINTIFF   ☐ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☐ NO

2. **Does party have any parent corporations?**

   (Check one)   ☐ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☐ NO

   If YES, identify all such owners:

4.  **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES   ☐ NO

    If YES, identify entity and nature of interest:

5.  **Is party a trade association?**

    (Check one)  ☐ YES   ☐ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this ____ day of _____, 20__.

_____ *Carolyn Elefant* (signature)
Signature

                                                              *

_____
Printed Name                              Bar Number

Elaine M. Dowling  OBA#14, 217
6801 Broadway Extension, Suite 310     _____
Oklahoma City, Oklahoma 73116          Firm Name
(405) 842-8005
dowlinglawoffice@aol.com               _____
Local Counsel for Sandy Creek Farm,    Address
Inc.
                                       _____
                                       City                          State      ZIP

                                       _____
                                       Phone                         Fax

                                       _____
                                       Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on ____September 2, 2021____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):  See Service List

I hereby certify that on ____September 2, 2021____ (Date), I served the same document by

☐ U.S. Postal Service        ☐ In Person Delivery
☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

_____
Signature