UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **STRIKE, LLC,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-20-571-G |
| | ) |
| **SANDY CREEK FARMS, INC. et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## JUDGMENT

In accordance with the Order issued this same date and with the Court's Order of September 23, 2021, the Court DISMISSES this matter without prejudice.

DATED AND ENTERED this 23rd day of March, 2022.

_____
CHARLES B. GOODWIN
United States District Judge